A & S TRANSPORTATION CO. v.
BERGEN COUNTY SEWER AUTHORITY.

October 6, 1975. Petition for certification denied.

CITY CONSUMER SERVICES, INC. v.
NEW JERSEY DEPARTMENT OF BANKING.

October 14, 1975. Petition for certification denied. (See 134 *N. J. Super.* 588)

COMFORT COAL-LUMBER CO., INC. v.
PLANNING BOARD OF BOROUGH OF WESTWOOD.

October 14, 1975. Petition for certification denied.

FRANK HARRIS v. NEW JERSEY STATE PAROLE BOARD.

October 14, 1975. Petition for certification denied.

PASCACK ASSOCIATION LIMITED v.
MAYOR & COUNCIL OF TOWNSHIP OF WASHINGTON.

October 14, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. MILLEGE PRIMUS, JR.

October 14, 1975. Petition for certification denied.